# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2018

SEAN F. McAVOY, CLERK

Asil Leon Hubley

*Plaintiff*

v.

Spokane County and Scott Baun

*Defendant*

Civil Action No. 4:17-cv-05132-RMP

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Action is DISMISSED without prejudice for failure to comply with 28 U.S.C. § 1914. IT IS FURHTER ORDERED that all pending motions are DENIED as moot. The Court certifies any appeal of this dismissal would not be taken in good faith.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge ROSANNA MALOUF PETERSON pursuant to 28 U.S.C. § 1914

ECF No. 13, Order Denying Application to Proceed In Forma Pauperis and Dismissing Action.

Date: 01/16/2018

*CLERK OF COURT*

SEAN F. McAVOY

s/ Allison Yates

*(By) Deputy Clerk*

Allison Yates